THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 2:24-cv-01995-TL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |

# ORDER

Based upon the stipulation of the parties, it is hereby ordered that the stipulation is GRANTED. Defendants' answer or response to the amended complaint in this matter is due on or by **Friday, January 17, 2025**.

IT IS SO ORDERED this 27th day of December, 2024.

_____
Tana Lin
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION FOR ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 1
(Case No. 2:24-cv-01995-TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  Presented by:

2  REID, BALLEW, LEAHY, & HOLLAND, L.L.P.                JACKSON LEWIS P.C.

3

4

5  By:  *s/Russell J. Reid*                    By:  *s/Daniel P. Crowner*
        Russell J. Reid, WSBA #2560                  Daniel P. Crowner, WSBA #37136
        100 West Harrison Street, North              520 Pike Street, Suite 2300
6       Tower, #300                                  Seattle, WA 98101
        Seattle, WA 98119                            Telephone (206) 802-3802
7       Telephone (206) 285-0464                     Daniel.Crowner@jacksonlewis.com
8       rjr@rmbllaw.com
                                                     Counsel for Defendant
9       Counsel for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION FOR ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 2
(Case No. 2:24-cv-01995-TL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

| | |
|---|---|
| Russel J. Reid, WSBA #2560<br>REID, BALLEW & LEAHY, LLP<br>100 West Harrison St., North Tower, #300<br>Seattle, WA 98119<br>Telephone: (206) 285-0464<br>Email: rjr@rmbllaw.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |

*With copies to*:

Shelly@rmbllaw.com

Counsel for Plaintiff

DATED this 23rd day of December, 2024.

_____
Tanya Stewart

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 3
(Case No. 2:24-cv-01995-TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404