THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br> Defendant. | NO.   2:24-cv-01995-TL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Jessica M. Cox of Jackson Lewis P.C., attorneys for Defendant, Paramount Pictures Corporation, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this  28  day of    March   , 2025.

| REID, BALLEW & LEAHY, L.L.P. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> 100 West Harrison St., N. Tower #300 <br> Seattle WA 98119 <br> (206) 285-0464 <br> Email:  rjr@rmbllaw.com <br> Attorney for Plaintiff | */s/ Jessica M. Cox* <br> Jessica M. Cox, WSBA #37136 <br> 520 Pike Street, Suite 2300 <br> Seattle WA 98101 <br> (206) 626-6410 <br> Email:  Jessica.Cox@jacksonlewis.com <br> Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

    ORDER ENTERED this 8th day of April, 2025.

_____
Tana Lin
United States District Judge

Submitted for Entry:

REID, BALLEW & LEAHY, L.L.P.

By    */s/ Russell J. Reid*
   Russell J. Reid, WSBA #2560
100 West Harisson Street, N. Tower #300
Seattle WA 98119
(206) 285-0464
Email: rjr@rmbllaw.com

Attorneys for Plaintiff